UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81305-CV-MIDDLEBROOKS

FREEDOMROADS LLC,

    Plaintiff,

v.

MIDWEST ADVENTURE BUILDS LLC,
and WALTER HOLEM,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court following the Court's January 23, 2023, Paperless Order directing Plaintiff to cure certain jurisdictional defects in the Complaint by filing a Second Notice of Supplementary Jurisdictional Facts on or by January 26, 2023. (DE 15). I warned Plaintiff that failure to timely comply with that Order may result in dismissal of this action without prejudice. To date, Plaintiff has not taken any action in this case.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 30 day of January, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record